## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

BETTYE A. LOVING,

        Plaintiff,

  v.                                             Case No. 04-C-262

JOHN W. SNOW, Secretary,
Department of the Treasury,

        Defendant.

## **ORDER**

      By letter of June 13, 2006, the plaintiff, Bettye Loving, who is now proceeding pro se, advised the court that she has not yet been able to retain a lawyer to represent her in this action. She states that the deadline for completion of discovery is June 15, 2006, and that she needs additional time to retain an attorney and to complete discovery. A status conference in Courtroom 282, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin, is currently scheduled for Monday, June 19, 2006.

      Upon due consideration, the plaintiff's request for an extension of the discovery deadline will be granted. The rescheduling of the discovery deadline and other issues will be addressed at the June 19, 2006, status conference.

      **NOW, THEREFORE, IT IS ORDERED** that the plaintiff's request for an extension of the discovery deadline in this case be and hereby is **granted**. (Docket # 40).

**IT IS FURTHER ORDERED** that the parties shall appear for the status conference on **June 19, 2006**, at **2:00 p.m.**, in Courtroom 282, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin.

Dated at Milwaukee, Wisconsin, this 15th day of June, 2006.

BY THE COURT:

s/Patricia J. Gorence
PATRICIA J. GORENCE
United States Magistrate Judge